LOUISE G. CLARKSON, Respondent, v. HAROLD KRIEGER, Appellant, and Others, Defendants.— Motion for reargument granted, and case set down for reargument

on Friday, May 18, 1928.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.